**Motion Granted, Appeal Dismissed and Memorandum Opinion filed March 7, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00449-CV

---

### RYDER TRUCK RENTAL, INC., Appellant

### V.

### ROBERT DE LA VICTORIA, Appellee

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 21-DCV-286864**

---

### MEMORANDUM OPINION

This interlocutory appeal is from an order signed June 8, 2023 denying of a motion to compel arbitration pursuant to the Federal Arbitration Act. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016. On February 23, 2024, appellant filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.